Approved.
Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Timothy Kalucki, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cv-01314 |
| | ) | |
| v. | ) | Judge Jack Zouhary |
| | ) | |
| I.T.S. Technologies, Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL OF CLAIMS *WITH PREJUDICE*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim Defendant Timothy Kalucki and Defendants/Counterclaim Plaintiffs, I.T.S. Technologies, Inc., I.T.S. Holding Company, Roger Radeloff, and Roger L. Radeloff, Trustee of the Roger L. Radeloff Trust, hereby jointly stipulate and agree to the dismissal of this case with prejudice. The Parties stipulate and agree that the Court shall retain jurisdiction over the terms of the settlement agreement. Each party shall bear its own costs.

**AGREED BY:**

Stipulated and agreed:

**BRYANT LEGAL, LLC**

*/s/ Matthew Bryant*
Matthew B. Bryant (0085991)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: *mbryant@bryantlegalllc.com*

Daniel I. Bryant (0090859)
1550 Old Henderson Road, Suite 126

Columbus, Ohio 43220
Telephone: (614) 704-0546
Facsimile: (614) 573-9826
Email: Dbryant@bryantlegalllc.com

*Counsel for Plaintiff/Counterclaim Defendant*

&

**Marshall & Melhorn, LLC**

*/s/ John A. Borell, Jr.  (via email consent)*
John A. Borell, Jr. (0068716)
Eli D. Boldt (0099989)
Franceska Edinger (0100875)
Marshall & Melhorn, LLC
Four SeaGate, 8th Floor
Toledo, Ohio 43604
419.249.7100 (phone)
419.249.7151 (fax)
borell@marshall-melhorn.com
boldt@marshall-melhorn.com
edinger@marshall-melhorn.com

*Counsel for Defendants/Counterclaim Plaintiffs*

## **CERTIFICATE OF SERVCE**

A of the foregoing has been electronically filed on January 19, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's ECF system.

*/s/ Matthew B. Bryant*
Matthew B. Bryant (0085991)